opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ. [138 Misc. 345.]

In the Matter of the Application of THE GEVAERT COMPANY OF AMERICA, INC., Respondent, for an Order Directing Arbitration, etc., between the Petitioner and JACK T. COSMAN, Appellant, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

WAITT OPERATING CO., INC., Appellant, v. WILLIAM ᴄ. McBRIDE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.; Finch and Martin, JJ., dissent.

FAY KAHAN, Appellant, v. LEO KAHAN, Respondent.— Order affirmed. There should not, however, be any further delay and the action should be brought to trial as speedily as possible. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

MARIE HOLDER, Respondent, v. SAMUEL HOLDER, Appellant.— Order modified by reducing amount directed to be paid for the support and maintenance of the plaintiff to the sum of seventeen dollars and fifty cents per week, and as so modified affirmed; without costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

D. M. W. CONTRACTING CORPORATION, Appellant, v. D'ANGELO FOUNDATION CORPORATION, Respondent. (Action No. 1.) D'ANGELO FOUNDATION CORPORATION, Respondent, v. THE CITY OF NEW YORK and Others, Defendants, Impleaded with D. M. W. CONTRACTING COMPANY, INC., Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of RUTH CAHN, Respondent, as Temporary Administratrix of the Estate of HARRY CAHN, Deceased, for Permission to Sell Securities Forming the Corpus of a Trust Fund Established by the Last Will and Testament of ABRAHAM WESTHEIMER, Deceased. MATTIE SALINGER, Administratrix c. t. a., Appellant.— Order affirmed, with ten dollars costs and disbursements to the respondent payable out of the fund. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

RUFUS M. OVERLANDER, Respondent, v. THE WESTERN UNION TELEGRAPH COMPANY, Appellant.— Order modified in accordance with stipulation agreed to on argument and dated March 20, 1931. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ETTORE SACCHI and FANNIE SACCHI, Respondents, v. SALVATORE D'ALESSANDRO and GIUSEPPINA D'ALESSANDRO, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JOHN J. FELIN & CO., INC., Appellant, v. MAX ENGLANDER, INC., and ISAAC ENGLANDER, Defendants, Impleaded with MAX ENGLANDER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JOHN JOQUEL, Respondent, Appellant, v. ALFRED WALLACH, S. A., a Foreign Corporation, Existing under the Laws of the Republic of France, Appellant, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and

disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JOHN JOQUEL, Respondent, v. ALFRED WALLACH, S. A., a Foreign Corporation, Existing under the Laws of the Republic of France, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

LOUIS CASS and Others, Respondents, v. ALBERT W. WERTSCH and Another, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES ROEHM, Appellant, v. FLORENCE ROEHM, Respondent.— Order reversed and motion granted on condition that a full bill of particulars with respect to the circumstances relied on for the course of conduct to be proved be furnished to the defendant within ten days from service of order. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JULES FEI, Respondent, v. COMMERCIAL FACTORS CORPORATION, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant Commercial Factors Corporation to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

SADIE COHEN, Respondent, v. TILLIE WACHT and Others, as Executors, etc., of SAMUEL WACHT, Deceased, and Others, Appellants, Impleaded with Others, Defendants. — Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of ORIENTAL YARNS, INC., Appellant, for an Order Directing that Arbitration Proceed, etc., between Petitioner and ALBERT TILT, Trading under the Trade Name and Style of ALBERT TILT COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

KATHLEEN GABLIK, Appellant, v. ANTHONY J. GABLIK, Respondent.— Order modified by increasing amount directed to be paid to plaintiff for her support and maintenance to the sum of fifty dollars per week, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THOS. PIPITONE, INC., and Others, Appellants, v. PIPITONE SALES CORPORATION and THOMAS PIPITONE, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 141 CONSTRUCTION CORPORATION and JACOB O. PEDERSEN, Appellants, v. JAMES J. SEXTON and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

NISSON GOLDBERG RUDKOWSKY, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Order affirmed, with ten